Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONALD W. MCCORMACK, JR,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. CV05-6066-MO

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no position, Order is hereby granted in the sum of $21,831.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund the lesser of this or the EAJA fee of $8,643.46 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of ~~June~~ July 11, 2007

                                          _____
                                          U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200

1 - ORDER

Of Attorneys for Plaintiff

2 - ORDER